AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hogan, Thomas F | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>4114 U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 27 A 10: 30
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Principal - Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association | March 2007 | New York City | Annual Bar Dinner | Transportation, lodging and meals |
| 2. | U. of Montana School of Law | September 2007 | Missoula, MT | Jones-Tamm Speaker Series | Transportation, lodging and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University Club | Honorary Membership | $ 1,500 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank | lst Trust - Professional Office Building | L |
| 2. | EverHome Mortgage (formerly known as Alliance Mortgage) | Mortgage on country property | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --BROKERAGE ACCOUNT #1-- | | | | | | | | | |
| 2. Citibank Deposit Program | | None | J | T | | | | | |
| 3. Allied Capital Corp. | | None | K | T | | | | | |
| 4. AT&T | | None | J | T | | | | | |
| 5. Capital World Growth Class A | | None | K | T | | | | | |
| 6. Cigna | | None | K | T | | | | | |
| 7. Cisco (Y) | | | | | | | | | *Double report previously |
| 8. Lucent | | None | J | T | | | | | |
| 9. Manor Care | | None | J | T | | | | | |
| 10. Tyco Int'l | | None | J | T | | | | | |
| 11. Mayor & City Council Balt. | | None | K | T | | | | | |
| 12. --BROKERAGE ACCOUNT #2-- | | | | | | | | | |
| 13. Citibank Deposit Program | | None | J | T | | | | | |
| 14. Anhauser-Busch | | None | K | T | | | | | |
| 15. Bank of America | | None | K | T | | | | | |
| 16. Capital World Growth | | None | J | T | | | | | |
| 17. Manor Care (X) | | None | K | T | | | | | * Bought 11/18/92 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Sangamon, 10/01/2010 | | None | K | T | | | | | |
| 19. Chicago coupon, 12/01/2011 | | None | K | T | | | | | |
| 20. PG Co. Bond REDG Lt. Cons. due 07/01/08 | | None | J | T | | | | | |
| 21. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | J | T | | | | | |
| 22. Riggs Nat. Bk. Ch. Accts. | A | Interest | J | T | | | | | |
| 23. Sovereign Bancorp. (Y) | | | | | | | | | *Double report previously |
| 24. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 25. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 26. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 27. Adams Co., PA - country property | | None | M | W | | | | | |
| 28. Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 29. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 30. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 31. --IRA #1-- | | | | | | | | | |
| 32. Capital World Growth | | None | K | T | Partial Buy | 06/19 | K | | |
| 33. GMAC (CD), 06/27/08 | | None | K | T | | | | | |
| 34. Kinder Morgan, Inc. | | None | K | T | Merger | 05/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FICO Strips due 05/30/07 | | None | K | T | Matured | 05/30 | K | D | |
| 36. FICO Strips due 08/08/08 | | None | K | T | | | | | |
| 37. FNMA Cpn. due 09/25/20 | | None | J | T | | | | | |
| 38. Cisco | | None | J | T | | | | | |
| 39. CATS SR S, 02/15/09 | | None | J | T | | | | | |
| 40. CATS SR Q, 05/15/09 | | None | J | T | | | | | |
| 41. Govt Trust Cpn, 11/15/10 | | None | J | T | | | | | |
| 42. FHLN MTG, 07/15/10 | | None | J | T | | | | | |
| 43. FHLN MTG, 07/15/11 | | None | J | T | | | | | |
| 44. Resolution FDG, 04/15/09 | | None | J | T | | | | | |
| 45. TVA CPN, 04/15/10 | | None | J | T | | | | | |
| 46. TVA CPN, 10/15/10 | | None | J | T | | | | | |
| 47. TVA CPN, 11/01/11 | | None | J | T | | | | | |
| 48. TVA FED BK, 11/01/12 | | None | J | T | | | | | |
| 49. Comcast Class A | | None | K | T | | | | | |
| 50. Scotts Co | | None | J | T | | | | | |
| 51. Comcast Cl. A SPL | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. E-Funds 01/03/01, spin off from Deluxe Corp. | | None | J | T | | | | | |
| 53. Johnson & Johnson | | None | K | T | Merger | 09/12 | J | C | |
| 54. Kinder Morgan Energy | | None | K | T | | | | | |
| 55. Lehman Bros. CD | A | Interest | K | T | | | | | |
| 56. Pepsico | | None | K | T | | | | | |
| 57. Soverign Banking | | None | K | T | | | | | |
| 58. Yum Brands | | None | J | T | | | | | |
| 59. Wal-Mart | | None | K | T | | | | | |
| 60. AIM Income Fund | | None | J | T | | | | | |
| 61. Mort. Sec. Tr. CMO Ser 15 Int. | | None | J | T | | | | | |
| 62. Mutual Funds: | | | | | | | | | |
| 63. Europacific Growth | | None | L | T | | | | | |
| 64. Ivy Asset Strategy | | None | K | T | Buy | 06/19 | K | | |
| 65. Ivy Global | | None | J | T | | | | | |
| 66. Templeton Emer. Mkts | | None | K | T | | | | | |
| 67. --IRA #2-- | | | | | | | | | |
| 68. Banco Popular N.Am. (CD) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EuroPacific Growth | | None | J | T | | | | | |
| 70. Capital One Bank CD | A | Interest | J | T | | | | | |
| 71. (SmithBarney)CitiBank deposit program | A | Interest | K | T | | | | | |
| 72. Ivy Global Mutual Fund | | None | J | T | | | | | |
| 73. FNMA Note, due 2/14/13 | | None | J | T | | | | | |
| 74. --401K-- | | | | | | | | | |
| 75. Cert Accru Ser U, 8/15/10 | | None | J | T | | | | | |
| 76. Gvt. Tr. Ctfs, 11/15/08 | | None | J | T | | | | | |
| 77. Gvt. Tr. Ctfs, 11/15/2008 | | None | J | T | | | | | |
| 78. GNMA Pass Thru, cpn 7/15/05 | A | Interest | J | T | | | | | |
| 79. FICO Strips, 10/06/07 | | None | | | Redeem | 1/06 | K | | |
| 80. FICO Strips, 11/02/07 | | None | | | Redeem | 11/02 | K | | |
| 81. FICO Strips SR19 due 6/06/08 | | None | J | T | | | | | |
| 82. TVA CPN, 10/15/2008 | | None | J | T | | | | | |
| 83. FICO Strips SR 11, 2/08/09 | | None | K | T | | | | | |
| 84. FICO Strips Ser E, 11/02/08 | | None | J | T | | | | | |
| 85. FICO Strips, SR 13, 12/27/09 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FICO Strip SR 11, 2/08/11 | | None | J | T | | | | | |
| 87. FICO Strips SR 19, 12/06/12 | | None | J | T | | | | | |
| 88. FHLN Mtg., 1/15/10 | | None | J | T | | | | | |
| 89. FNMA Strips, 2/01/10 | | None | J | T | | | | | |
| 90. FNG 92 59D seq. cpn. 10/25/22 | A | Interest | J | T | | | | | |
| 91. Maryland Balto. Medical Ctr due 070/1/25 | B | Interest | K | T | | | | | |
| 92. TVA Bonds, 12/15/09 | | None | J | T | | | | | |
| 93. TVA CPN, 10/15/11 | | None | K | T | | | | | |
| 94. TVA Bonds, 12/15/12 | | None | K | T | | | | | |
| 95. Eurobank, 06/08/2010 | | None | K | T | | | | | |
| 96. Capital One Bank, 10/26/2010 | | None | K | T | | | | | |
| 97. Wells Fargo | | None | K | T | | | | | |
| 98. Banco Popular N.Am. (CD), 05/27/08 | A | Interest | J | T | | | | | |
| 99. Banco Popular N.Am. (CD),09/08/08 | A | Interest | L | T | | | | | |
| 100. Bellsouth Corp/ATT | | None | J | T | | | | | |
| 101. Capital World Growth | | None | J | T | | | | | |
| 102. Chevron Texaco | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Cisco Systems | | None | K | T | | | | | |
| 104. Costco | | None | K | T | | | | | |
| 105. Delhaize Computer Corp. | | None | J | T | | | | | |
| 106. Exelon | | None | K | T | | | | | |
| 107. Exxon | | None | L | T | | | | | |
| 108. Fannie Mae | | None | J | T | | | | | |
| 109. Fed. Realty Inv. Tr. | | None | K | T | | | | | |
| 110. GMAC (CD), 06/27/08 | A | Interest | K | T | | | | | |
| 111. Eli Lilly & Co. | | None | K | T | | | | | |
| 112. Federal Express | | None | K | T | | | | | |
| 113. En Bridge Energy Partners GE | | None | K | T | | | | | |
| 114. Euro Pacific Growth | | None | K | T | | | | | |
| 115. IBM | | None | J | T | | | | | |
| 116. J.P. Morgan Chase | | None | K | T | | | | | |
| 117. Kinder Morgan Energy | | None | K | T | | | | | |
| 118. Medco | | None | J | T | | | | | |
| 119. Merck & Co. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Microsoft | | None | K | T | | | | | |
| 121. PepsiCo (X) | | None | L | T | | | | | * Bought 2003 |
| 122. Pfizer, Inc. | | None | K | T | | | | | |
| 123. Proctor & Gamble | | None | K | T | | | | | |
| 124. Teppco Partners | | None | K | T | | | | | |
| 125. 3M | | None | J | T | | | | | |
| 126. Dreyfus Premier | | None | K | T | | | | | |
| 127. Legg Mason Conv., Class B | | None | K | T | | | | | *formerly Smith Barney |
| 128. VKAAC Equity Class A | | None | K | T | | | | | |
| 129. VKAAC Equity Class C | | None | L | T | | | | | |
| 130. Bank of America Mtg. Sec. | | None | K | T | Buy | 12/17 | K | | |
| 131. Chase Mtg. Fin. | | None | K | T | Buy | 12/17 | K | | |
| 132. Ivy Asset Stragegy | | None | K | T | Buy | 12/14 | K | | |
| 133. --MUTUAL FUND-- | | | | | | | | | |
| 134. Cook Co. HSD 205, 06/01/2013 | | None | J | T | | | | | |
| 135. Louisiana 6% 5-1-04 Gen. Oblig. Book Entry | | None | K | T | | | | | |
| 136. Western Oaks TX 6.5% 1-22-02 Mun. Utils. Dist. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. HSBC (CD), 03/23/09 | A | Interest | K | T | | | | | |
| 138. Brownsville, TX Nav. | | None | K | T | Matured | 10/07 | K | | |
| 139. Cook County #205 | | None | J | T | | | | | |
| 140. Howard County Cons. (X) | | None | K | T | | | | | *Bought 05/20/04 |
| 141. Maryland State Health | | None | K | T | | | | | |
| 142. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |
| 143. Euro Pacific Growth | | None | J | T | | | | | |
| 144. Capital World Growth Class A (X) | | None | K | T | | | | | *Bought 05/17/06 |
| 145. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | B | Dividend | K | T | | | | | |
| 146. OIL & GAS WELL SHARES: | | | | | | | | | |
| 147. Total Fina Elf. | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Irrevocable Trust -- based on a 1994 Ethics Committee opinion, assets held in irrevocable trust for which █████ serves as sole trustee and over which I have no authority whatsoever, are not required to be listed. Transactions involving assets of the trust are managed by a brokerage firm; █████ is consulted only for a "yes" or "no" regarding prospective purchases or sales.

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 05/15/2008 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544